**An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.**

# IN THE SUPREME COURT OF THE STATE OF NEVADA

JEAN MARIE JOYCE,
Appellant,
vs.
MICHAEL P. JOYCE,
Respondent.

No. 64656

**FILED**

MAY 2 2 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _S. Young_
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

Appellant has moved to voluntarily dismiss this appeal. The unopposed motion is granted, with the parties to bear their own fees and costs, NRAP 42(b), and we

ORDER this appeal DISMISSED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _Marie K. Lindeman_

cc: Hon. Kenneth E. Pollock, District Judge
Paul H. Schofield, Settlement Judge
McGannon Law Office, P.C.
Law Offices of Robert L. Hempen II
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

14-16756